E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Tel: (510) 970-4809
    Fax: (415) 744-0134
    E-mail: Margaret.Branick-Abilla@SSA.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| THERESA MARIE FOSTER,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. :22-CV-01161-RSWL-E<br><br>[PROPOSED]<br>**ORDER AWARDING EAJA FEES** |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of $3195.31 and $0.00 in costs, subject to the terms of the stipulation.

DATED:   3/24/23                      /S/ CHARLES F. EICK
                                                   HON. CHARLES F. EICK
                                                   U.S. MAGISTRATE JUDGE